ROBERT O'HARE v. SUN OIL CO., OF PENNSYLVANIA.

June 23, 1977. Petition for certification denied.

ROBERT O'HARE v. SUN OIL CO., OF PENNSYLVANIA.

June 23, 1977. Cross Petition for certification denied.

STATE OF NEW JERSEY v. JOHN PATRICK TULLY.

June 23, 1977. Petition for certification denied. (See 148 *N. J. Super.* 558)

STATE OF NEW JERSEY v. JOSEPH DEL NERO.

June 23, 1977. Petition for certification denied.

OCEAN COUNTY SEWERAGE AUTHORITY v.
R. J. LONGO CONSTRUCTION CO., INC.

June 23, 1977. Petition for certification denied.

OBRESS GUY v. JOEL D. WEINSTEIN.

June 23, 1977. Petition for certification denied.